O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 22-55 CAS (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The government did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered in favor of Plaintiff.

DATE: May 31, 2023

                                        _____
                                        HON. CHRISTINA A. SNYDER
                                        SENIOR U.S. DISTRICT JUDGE