UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| WAYNE MARTIN MELLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security, | Case No.: 2:22-CV-00055-CAS-MRW<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of NINE THOUSAND DOLLARS ($9,000.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  8/30/2023

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE